UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOSEPH WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 2:12-cv-33-JMS-WGH |
| | ) | |
| STANLEY KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Motion to Dismiss**

Joseph Williams was found guilty of violating prison rules and was sanctioned in a prison disciplinary proceeding identified as No. ISF 11-10-0234, The earned credit time sanction was suspended and now can no longer be imposed. The result is that Mr. Williams is no longer in custody pursuant to the challenged disciplinary proceeding. This development renders this action moot, because "[a] case is moot when issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Erie v. Pap's A.M.,* 529 U.S. 277, 287 (2000) (internal citations omitted).

The respondent=s motion to dismiss [8] is **granted.** Judgment dismissing this action for lack of jurisdiction shall now issue.

The status conference set for August 10, 2012 is **vacated**.

**IT IS SO ORDERED.**

Date: 07/17/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Joseph Williams**
**#923174**
**Putnamville Correctional Facility**
**Inmate Mail/Parcels**
**1946 West U.S. Hwy 40**
**Greencastle, IN 46135**

Linda.Leonard@atg.in.gov